UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
GEORGY USOV,

           Plaintiff,

                                        13 Civ. 818 (RWS)
                                           O R D E R

   - against -

MARC LAZAR AND MARC LAZAR INC.,

           Defendants.

------------------------------------------X

**Sweet, D.J.**

        Defendants' motion to dismiss, dated April 1, 2013, will be heard at noon on Wednesday, May 22, 2013, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

**New York, NY**
**April 17, 2013**

                                                  ROBERT W. SWEET
                                                      U.S.D.J.