Sweet, R.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GEORGY USOV,                                :

                Plaintiff,             :       13 CIV 818

   -against-                                       :       Judge Sweet

MARC LAZAR and MARC LAZAR, INC.,             :       STIPULATION AND ORDER

                Defendants.            :
-------------------------------------------------------------x

       **WHEREAS**, on or about March 28, 2013, Defendants filed and served a motion to dismiss the Complaint (the "Motion"); and

       **WHEREAS** the parties have agreed to adjourn the date in which Plaintiff's papers is opposition are to be served and filed and have further agreed to a new return date for the Motion;

       **IT IS HEREBY STIPULATED AND ORDERED**, by and between the undersigned counsel for the parties and the Court, that Plaintiff's papers in opposition to the Motion, currently due April 19, 2013 shall be served and filed on April 26, 2013 and that Defendants' reply papers shall be filed and served on May 3, 2013;

       **IT IS FURTHER STIPULATED AND ORDERED**, that the return date on the motion, currently scheduled for May 1, 2013, is adjourned to May 22, 2013 at the courthouse



USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #:
DATE FILED: 4/25/13

located at 500 Pearl Street, New York, New York, 10007, at 12:00 p.m., or as soon thereafter as counsel may be heard,

Dated: New York, New York
April 17, 2013

THE ROTH LAW FIRM, PLLC

By: _____
Richard A. Roth
295 Madison Avenue. 22nd Floor
New York, New York 10017
(212) 542-8882
**Attorneys for Plaintiff**

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

By: _____
Ronald B. Goodman
875 Third Avenue
New York, New York 10022
(212) 603-6300
**Attorneys for Defendants**

SO ORDERED:

_____
U.S.D.J. 4.23.13