Sweet, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GEORGY USOV,

                Plaintiff,   :   13 CIV 818

     -against-   :   Judge Sweet

MARK LAZAR i/s/h/a MARC LAZAR   :
and MARC LAZAR, INC.,      STIPULATION

             Defendants.
------------------------------------------------------------x

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, that the time within which the Defendants Marc Lazar and Marc Lazar, Inc. shall serve and file their Reply with respect to Defendants' Motion to Dismiss the Complaint, filed on March 29, 2013, is hereby extended to and including May 10, 2013. The return date shall remain May 22, 2013. One prior stipulation extending the time for Plaintiff to Oppose Defendants' motion was previously so-ordered by the Court on April 23, 2013.

Dated: New York, New York
       April 30, 2013

THE ROTH LAW FIRM, PLLC

By: _____
   Richard A. Roth
295 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 542-8882
Attorneys for Plaintiff

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

By: _____
   Ronald B. Goodman
875 Third Avenue
New York, New York 10022
(212) 603-6300
Attorneys for Defendants

SO ORDERED:

_____
U.S.D.J.
5-3-13

{00621849.DOC;1}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-13