UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Usov

        -v.-

Lazar

-----------------------------------------------------------------X

Amended

: 13 Civ. 818   (RWS)

:

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: 6|4|13                   │
└─────────────────────────────────────┘
```

Please be advised that the conference scheduled

for  June 5, 13  has been rescheduled to

Sept 18, 13  at  4:30pm  in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
6|4|13

ROBERT W. SWEET
United States District Judge