UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

GREGORY USOV;

                Plaintiff,

  - against -

MARC LAZAR and MARC LAZAR INC.;

                Defendants.

------------------------------------------X

13 Civ. 818 (RWS)

O R D E R

**Sweet, D.J.**

      Plaintiff's motion to compel discovery, dated June 4, 2013 will be heard on submission, without oral argument, on Wednesday, June 19. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**June 6, 2013**

_____
ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/13