FILED: 9-16-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGY USOV,

          Plaintiff,

-against-

MARC LAZAR and MARC LAZAR, INC.,

          Defendants.

Case No. 13 Civ. 818 (RWS)

**STIPULATION AND ORDER TO SUBSTITUTE ATTORNEYS**

It is hereby stipulated and consented that NEIMAN & MAIRANZ P.C., of 39 Broadway, 25th Floor, New York, New York 10006, be substituted as attorneys of record for Defendants in the above-entitled action in place and stead of Robinson Brog Leinwand Greene Genovese & Gluck P.C., as of the date of that the Court signs this Stipulation and Order.

This case is currently in the discovery phase, prior to the first Court conference. The reason for the substitution is the client's preference for more economical counsel at this point of the commencement of discovery.

Facsimile signatures hereon shall be deemed originals.

Dated: New York, N.Y.
August 23, 2013

NEIMAN & MAIRANZ, P.C.
Incoming Attorneys for Defendants

By: _____
   Marvin Neiman, Esq. (MN - 5523)
39 Broadway - 25th Floor
New York, N.Y. 10006
(212) 269-1000

Consented to:
Mark Lazar, named herein as Marc Lazar
Marc Lazar, Inc.

By _____
   Mark Lazar

ROBINSON BROG LEINWAND
   GREENE GENOVESE & GLUCK, P.C.
Outgoing Attorneys for Defendants

By _____
   David C. Burger (DCB -8666)
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6361

So Ordered:

_____
Robert W. Sweet, U.S.D.J.

Date 9-13-13