# The Roth Law Firm, PLLC

295 Madison Avenue
22nd Floor
New York, NY 10017
Tel.: (212) 542 8882   Fax: (212) 542 8883
www.rrothlaw.com

September 17, 2013

**VIA FIRST CLASS MAIL**
Hon. Robert E. Sweet
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 1940
New York, NY 10007-1312

Re:   <u>Usov v. Lazar, et al., 13-cv-818</u>

Dear Judge Sweet:

    As we informed the Court today, the parties are pleased to confirm that they have reached a settlement of the captioned matter. On behalf of all parties, we therefore write to also confirm that we would like to adjourn the conference scheduled for tomorrow to allow the parties to execute the settlement papers.

    Thank you.

Respectfully submitted,

Richard A. Roth

cc:   Marvin Neiman, Esq.

So ordered.
Sweet USDJ
9-19-13