UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
George Usov.

                Plaintiff         13 Civ.818(RWS)
     vs.

Marc Lazar,
Marc Lazar Inc.

                Defendant


-----------------------------------

Pursuant to the letter dated on September 20, 2013 by Plaintiff's counsel Richard Roth, and the Court having been advised that this action is settled.

IT IS ORDERED that the Clerk of the Court terminate all pending motions and the action is dismissed with prejudice.


New York, N.Y.

DATE: 9-23-13

                                         ROBERT W. SWEET
                                            U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/13