# The Roth Law Firm, PLLC

295 Madison Avenue
22nd Floor
New York, NY 10017
Tel.: (212) 542 8882   Fax: (212) 542 8883
www.rrothlaw.com

September 23, 2013

**VIA FIRST CLASS MAIL**
Hon. Robert E. Sweet
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 1940
New York, NY 10007-1312

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 9/24/13

Re: <u>Usov v. Lazar, et al., 13-cv-818</u>

Dear Judge Sweet:

We just received an Order form the Court that dismissed this case "with prejudice." As the Court will recall, we sent a letter on September 17, 2013 informing it that we asked for the conference to be adjourned to allow the parties to "execute the settlement papers." The Court, in response, on September 19, 2013, "So Ordered" our letter (doc no. 26). Yet, today, we received the new Order of Dismissal with Prejudice.

We, therefore, respectfully request that the Court vacate today's Order (doc no. 27) so that the record accurately reflects the status of the case.

Thank you.

Respectfully submitted,

Richard A. Roth

cc: Marvin Neiman, Esq.

*[Handwritten note:]* The order of 9-21-13 is vacated.

*[Handwritten:]* So ordered
Sweet + USDJ
9-24-13