UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USov,

    -v.-                                              : 13 Civ. 818 (RWS)

Lazar

------------------------------------------------------------X

Please be advised that the conference scheduled
for __9-18-13__ has been rescheduled to
__10-30-13__ at __4:00 pm__ in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated: New York, New York
       Sept 25, 13

                                    _____
                                    ROBERT W. SWEET
                                    United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/13