UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
George Usov,

                                            <u>Amended Order</u>

                    Plaintiff          13 Civ.818(RWS)

          vs.

Marc Lazar,
Marc Lazar, Inc.

                    Defendant

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9|26|13
```

------------------------------------

Docket entry #27 is hereby vacated.

Pursuant to the September 20, 2013 letter from Plaintiff's
counsel Richard Roth this action is marked settled.

Submit order of settlement.


New York, N.Y.

DATE: 9·25·13

                          ROBERT W. SWEET
                          U.S.D.J.