AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GEORGY USOV )<br>*Plaintiff* )<br>v. )<br>MARC LAZAR and MARC LAZAR, INC. )<br>*Defendant* ) | Case No.   13-CV-818 (RWS) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Georgy Usov

Date:   10/15/2013

*Attorney's signature*

Peter B. Zlotnick (PZ-5386)
*Printed name and bar number*

Kagan Lubic Lepper Finkelstein & Gold, LLP
200 Madison Avenue, 24th Floor
New York, New York  10016
*Address*

pzlotnick@kll-law.com
*E-mail address*

(212) 252-0300
*Telephone number*

(646) 442-2373
*FAX number*